**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUDOLPH SILVERA,

                  Plaintiff,

     -against-

U.S. GOVERNMENT,

                  Defendant.
------------------------------------------------------------X

**CIVIL**

**JUDGMENT**

08 Civ. 00375 (KMW)

By Order dated January 15, 2008, plaintiff was directed to file an amended complaint with this Court within sixty (60) days of the date of that Order. Since plaintiff has failed to file an amended complaint as specified it is,

ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith.

SO ORDERED:



KIMBA M. WOOD
Chief Judge

Dated:
     New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.